# UNITED STATES COURT OF APPEALS
## FIFTH CIRCUIT
### 800 LAFAYETTE STREET
### SUITE 5100
### LAFAYETTE, LOUISIANA 70501

W. EUGENE DAVIS
CIRCUIT JUDGE

July 16, 2008

(337) 593-5280


Judge Ortrie D. Smith, Chair
Judicial Conference of the United States
   Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

    Attached is my amended financial report and three copies, hopefully complying with your letter of July 3, 2008.

Sincerely,



W. Eugene Davis

WED/lhc

Enclosure

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, William E | U.S. Court of Appeals, 5th Cir | 7/13/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 800 Lafayette St Suite 5100 Lafayette, LA 70501 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Partner | Partnership composed of Michael R. Morton and me on property listed under Item VII. Partnership exists solely to own and rent real estate |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUL 21 A 11: 55 DISCLOSURE FINANCIAL OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E | 7/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Complimentary membership | City Club of Lafayette | $ 400.0 |
| 2. | Complimentary membership | Plimsol Club, New Orleans, LA | $ 300.0 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Whitney National Bank,, successor to First National Bank, Lafayette, LA ▮ | An in rem mortgage (no personal liability) is in effect on office building and warehouse | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E | 7/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking acct., Chase, Lafayette, LA | A | Interest | J | T | | | | | |
| 2. Office Bldg. & Warehouse, New Iberia, LA (1/2 interest) | E | Rent | M | W | | | | | |
| 3. Common stock, Land Coast Insulation, Inc. | C | Dividend | M | W | | | | | |
| 4. Vanguard Short Term Tax Exempt (one-half interest) | B | Interest | L | T | | | | | |
| 5. Vanguard Intermediate Term Tax Exempt Shares ( | B | Interest | K | T | | | | | |
| 6. Vanguard Limited Term Tax Exempt Exempt Fund ● | B | Interest | K | T | | | | | |
| 7. Vanguard Health Care Fund (●) | B | Dividend | K | T | | | | | |
| 8. Vanguard Total Int'l Stock Fund Index (●) | A | Dividend | K | T | Buy | 2/05 | K | | |
| 9. Louisiana Stad & Expo Dist. (Bond) | A | Interest | K | T | | | | | |
| 10. New Orleans, LA Pub. Impt. (Bond) | C | Interest | L | T | | | | | |
| 11. Chase Savings Account ● | D | Interest | | | Redeem | 3/18 | N | | |
| 12. Chase CD● | D | Interest | N | T | Buy | 3/19 | N | | |
| 13. Chase Savings Account ● | A | Interest | | | Redeem | 3/18 | K | | |
| 14. Chase CD (●) | A | Interest | K | T | Buy | 3/21 | K | | |
| 15. Home Bank CD | A | Interest | K | T | Buy | 3/22 | K | | |
| 16. Rapides Parish School District (Bond) | A | Interest | K | T | | | | | |
| 17. Vernon Parish Bond | A | Interest | K | T | Buy | 7/26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E | 7/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Salomon Smith Barney - Money fund | A | Interest | J | T | | | | | |
| 19. Vanguard GNMA Fund | A | Interest | J | T | Partial Sale | 2/2 | J | | |
| 20. Vanguard Total Stock Market Fund (IRA) | D | Interest | M | T | | | | | |
| 21. Competitive Capital Partners Fund | A | Interest | J | T | | | | | |
| 22. Royal Bank of Scotland (Eugene) | A | Interest | J | T | | | | | |
| 23. Citigroup Inc. | A | Dividend | J | T | | | | | |
| 24. Duff Phelps DNP Select Income Fund | A | Dividend | J | T | | | | | |
| 25. Eaton Vance Income Fund | C | Dividend | K | T | Buy | 2/01 | K | | |
| 26. Citigroup Capital | B | Interest | K | T | | | | | |
| 27. Ernest Morial - New Orleans, LA (Bond) | A | Interest | K | T | | | | | |
| 28. General Electric Capital Corp. | A | Interest | J | T | | | | | |
| 29. General Motors | B | Dividend | K | T | | | | | |
| 30. Intel Corp. | A | Interest | J | T | | | | | |
| 31. Jefferson Parish LA Rev. Pub (Bond) | B | Interest | K | T | | | | | |
| 32. Progress Energy Inc. | A | Interest | J | T | | | | | |
| 33. Regions FDIC | A | Dividend | J | T | | | | | |
| 34. Regions Bank CD | B | Dividend | K | T | X | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. BAC Capital Trust | A | Dividend | J | T | | | | | |
| 36. Royal Bank of Scotland (Celia) | A | Dividend | J | T | | | | | |
| 37. USB Capital | A | Dividend | K | T | Buy | 5/15 | K | | |
| 38. Cisco Systems | A | Interest | J | T | | | | | |
| 39. Webster Parish School (Bond) | B | Interest | K | T | | | | | |
| 40. Urstadt Biddle Properties | A | Interest | J | T | | | | | |
| 41. Edge Petroleum | A | Royalty | J | T | Acquired | 1/10 | J | | |
| 42. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting · | Date of Report |
|---|---|
| Davis, William E | 7/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E | 7/13/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Davis, William E | 2. Court or Organization  U.S. Court of Appeals, 5th Cir | 3. Date of Report  05/03/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address  800 Lafayette St Suite 5100 Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Partnership composed of Michael R. Morton and me on property listed under Item VII. Partnership exists solely to own and rent real estate |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2008 MAY 15 P 2:30 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12-31-07 | Tanner Companies, Inc. (self-employed retail sales-women's clothing |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FREE | 8-11 to 8-16 | Bozeman, Montana | Educational Seminar | Transportation, Food, Housing |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E | 05/03/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Complimentary membership | City Club of Lafayette | $ 400.0 |
| 2. | Complimentary membership | Plimsol Club, New Orleans, LA | $ 300.0 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Whitney National Bank,, successor to First National Bank, Lafayette, LA ▇ | An in rem mortgage (no personal liability) is in effect on office building and warehouse | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E | 05/03/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking acct., Chase, Lafayette, LA | A | Interest | J | T | | | | | |
| 2. Office Bldg. & Warehouse, New Iberia, LA (1/2 interest) | E | Rent | M | W | | | | | |
| 3. Common stock, Land Coast Insulation, Inc. | C | Dividend | M | W | | | | | |
| 4. Vanguard Short Term Tax Exempt (one-half interest) | B | Interest | L | T | | | | | |
| 5. Vanguard Intermediate Term Tax Exempt Shares ● | B | Interest | K | T | | | | | |
| 6. Vanguard Limited Term Tax Exempt Exempt Fund ● | B | Interest | K | T | | | | | |
| 7. Vanguard Health Care Fund ● | B | Dividend | K | T | | | | | |
| 8. Vanguard Total Int'l Stock Fund Index ● | A | Dividend | K | T | Buy | 2/05 | K | | |
| 9. Louisiana Stad & Expo Dist. (Bond) | A | Interest | K | T | | | | | |
| 10. New Orleans, LA Pub. Impt. (Bond) | C | Interest | L | T | | | | | |
| 11. Chase Savings Account ● | D | Interest | | | Redeem | 3/18 | N | | |
| 12. Chase CD ● | D | Interest | N | T | Buy | 3/19 | N | | |
| 13. Chase Savings Account ● | A | Interest | | | Redeem | 3/18 | K | | |
| 14. Chase CD ● | A | Interest | K | T | Buy | 3/21 | K | | |
| 15. Home Bank CD | A | Interest | K | T | Buy | 3/22 | K | | |
| 16. Rapides Parish School District (Bond) | A | Interest | K | T | | | | | |
| 17. Vernon Parish Bond | A | Interest | K | T | Buy | 7/26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E | 05/03/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Salomon Smith Barney - Money fund | A | Interest | J | T | | | | | |
| 19. Vanguard GNMA Fund | A | Interest | J | T | Partial Sale | 2/2 | J | | |
| 20. Vanguard Total Stock Market Fund (IRA) | D | Interest | M | T | | | | | |
| 21. Competitive Capital Partners Fund | A | Interest | J | T | | | | | |
| 22. Royal Bank of Scotland ▉ | A | Interest | J | T | | | | | |
| 23. Citigroup Inc. | A | Dividend | J | T | | | | | |
| 24. Duff Phelps DNP Select Income Fund | A | Dividend | J | T | | | | | |
| 25. Eaton Vance Income Fund | C | Dividend | K | T | Buy | 2/01 | K | | |
| 26. Citigroup Capital | B | Interest | K | T | | | | | |
| 27. Ernest Morial - New Orleans, LA (Bond) | A | Interest | K | T | | | | | |
| 28. General Electric Capital Corp. | A | Interest | J | T | | | | | |
| 29. General Motors | B | Dividend | K | T | | | | | |
| 30. Intel Corp. | A | Interest | J | T | | | | | |
| 31. Jefferson Parish LA Rev. Pub (Bond) | B | Interest | K | T | | | | | |
| 32. Progress Energy Inc. | A | Interest | J | T | | | | | |
| 33. Regions FDIC | A | Dividend | J | T | | | | | |
| 34. Regions Bank CD | B | Dividend | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E | 05/03/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BAC Capital Trust | A | Dividend | J | T | | | | | |
| 36. Royal Bank of Scotland ▆ | A | Dividend | J | T | | | | | |
| 37. USB Capital | A | Dividend | K | T | Buy | 5/15 | K | | |
| 38. Cisco Systems | A | Interest | J | T | | | | | |
| 39. Webster Parish School (Bond) | B | Interest | K | T | | | | | |
| 40. Urstadt Biddle Properties | A | Interest | J | T | | | | | |
| 41. Edge Petroleum | A | Royalty | J | T | Acquired | 1/10 | J | | |
| 42. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E | 05/03/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544